STATE OF CONNECTICUT *v.* ALBERT INDRISANO

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 283 (AC 10659), is granted, limited to the following questions:

"1. Was the Appellate Court correct in concluding that the record was insufficient, pursuant to *State* v. *Golding,* 213 Conn. 233 (1989), to permit adequate appellate review of the defendant's claims that, on its face and as applied, General Statutes § 53a-182 was void for vagueness under the state and federal constitutions?

"2. Is General Statutes § 53a-182 void for vagueness on its face and as applied to this case, under the state and federal constitutions?"

The Supreme Court docket number is SC 14631.

*Sally S. King,* in support of the petition.

*Rita M. Shair,* in opposition.

Decided October 30, 1992